UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

UNITED STATES OF AMERICA,

DOCKET NO: 3:19cr19
CONDITIONS OF RELEASE

V.

MARCUS MASSEY

_____

This **MATTER** is before the Court to vacate the Order Setting Conditions of Release (Doc. No. 50 for Marcus Massey

It is ORDERED that the Order (Doc. No 50) be vacated.

Signed: April 14, 2022

_____
Frank D. Whitney
United States District Judge